Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
BRITTANY EDWARDS

**UNITED STATES DISTRICT COURT,**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| BRITTANY EDWARDS, | Case No.: |
| Plaintiff, | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| v. | |
| MIDLAND CREDIT MANAGEMENT, INC., | **(Unlawful Debt Collection Practices)** |
| Defendant. | |

**PLAINTIFF'S COMPLAINT**

BRITTANY EDWARDS (Plaintiff), through her attorneys, KROHN & MOSS, LTD., alleges the following against MIDLAND CREDIT MANAGEMENT, INC. (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

**JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Arizona, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

**PARTIES**

5. Plaintiff is a natural person residing in Glendale, Maricopa County, Arizona.

6. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

7. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

8. Defendant is a collection agency and conducts business in Arizona.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**FACTUAL ALLEGATIONS**

10. Defendant constantly and continuously places collection calls to Plaintiff's former employer, Jeryme Spitzer (See statement from former employer attached as Exhibit A).

11. Defendant started calling plaintiff's former employer approximately (6) months ago.

12. Defendant calls Plaintiff's former employer at 623-580-6444.

13. Defendant disclosed information about Plaintiff's debt to her former boss (See Exhibit A).

14. Plaintiff's former supervisor requested multiples times that Defendant stop calling (see Exhibit A).

15. Despite his request, Defendant continues to call Plaintiff's former employer.

**COUNT I**
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

16. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692b(2)* of the FDCPA by calling Plaintiff's former

employer for the purpose of obtaining location and stating that Plaintiff owes a debt.

b. Defendant violated *§1692b(3)* of the FDCPA by calling Plaintiff's former employer more than once for the purpose of obtaining location.

c. Defendant violated *§1692c(b)* of the FDCPA by communicating, in connection with the collection of Plaintiff's alleged debt, with a third party, Plaintiff's former employer.

d. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which was to harass, oppress, and abuse Plaintiff.

WHEREFORE, Plaintiff, BRITTANY EDWARDS, respectfully requests judgment be entered against Defendant, MIDLAND CREDIT MANAGEMENT, INC., for the following:

17. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

18. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

19. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

Plaintiff, BRITTANY EDWARDS, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED:  September 22, 2011           KROHN & MOSS, LTD.

By: /s/Ryan Lee

Ryan Lee
Attorney for Plaintiff

## **VERIFICATION OF COMPLAINT AND CERTIFICATION**

STATE OF ARIZONA

Plaintiff, BRITTANY EDWARDS, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, BRITTANY EDWARDS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 9·13·2011                    _Brittany Edwards_
                                   BRITTANY EDWARDS

-4-

PLAINTIFF'S COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# **EXHIBIT A**

PLAINTIFF'S COMPLAINT

To whom it may concern,

A company by the name of MCM has called my office multiple times over about at least a six month period of time looking for an employee by the name of Brittany Edwards. When calling while she was employed here I advised them that she can not have personal calls at work and to please cease calls to 6235806444; however they still continued to call.

Brittany Edwards is no longer with our company and MCM still continues to call, I have advised them that she no longer works her and again please stop calling.  They continued to keep calling 6235806444 after being told many times that this is not a good number for her, cease calling the number, and to never call it again.

MCM still continued to attempt to contact Ms. Edwards at 6235806444, when the reps continued to call they were asked what MCM stood for they refused to answer, when asked if was for Midland Credit Management they again refused to answer and one rep even said no.  When asked if MCM was a debt collection agency they again said no.  This is again another violation of the FDCPA.

I have since had many more conversations with MCM and even on occasion claimed to be a MR. Edwards knowing that there is no Mr. Edwards on her accounts.  They went ahead and disclosed the purpose of the call, identified the debt, the amount and demanded payment form me.  Not once did they even verify if I was the Mr. Edwards that was married to Ms. Edwards.  I also asked them if Mr. Edwards was listed on the account or if Ms. Edwards gave permission for them to disclose any information to a 3rd party.  They said no.  I advised them that per Arizona state law they can not disclose to a non-obligated spouse and they wanted to argue and still demand payment.

I tried reaching out to MCM many times to get this matter resolved and continually get hung up on and they still actively call, however now it's down to about one call a month now.