Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
Brittany Edwards

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Brittany Edwards, | **Case No.: 2:11-cv-01861-ROS** |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| Midland Credit Management Inc., | |
| Defendant. | |

NOW COMES the Plaintiff, Brittany Edwards, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

Dated: April 24, 2012        KROHN & MOSS, LTD.


By: /s/ Ryan Lee

Ryan Lee
Attorney for Plaintiff

- 1 -

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on April 24, 2012 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that on April 24, 2012, I served Tomio B. Narita, counsel of record with a copy of this document by way of email at tnarita@snllp.com.

By: <u>/s/ Ryan Lee</u>

      Ryan Lee
      Attorney for Plaintiff

Notice of Settlement