IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brittany Edwards,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Midland Credit Management Inc.,<br><br>　　　　Defendant. | CV 11-01861-PHX-ROS<br><br>**ORDER** |

The Court having been notified that this matter has settled in its entirety (Doc. 18),

**IT IS ORDERED** that this action will be dismissed with prejudice by the Clerk's Office without further notice on **May 24, 2012**, unless prior thereto a request for reinstatement on the Court's trial calendar is filed herein.

**IT IS FURTHER ORDERED** all pending motions are denied with leave to reinstate should this matter fail to finalize.

**IT IS FURTHER ORDERED** vacating the July 20, 2012 interim status conference

DATED this 24th day of April, 2012.

_____
Roslyn O. Silver
Chief United States District Judge